IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-113 |
| 2012 AUDI QUATTRO; and $2,500.00 IN U.S. CURRENCY, | * | |
| Defendants. | * | |

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal. (Doc. 26.) In this forfeiture action, the Court previously dismissed seven of the nine assets. (Doc. 24.) With respect to the remaining two, a 2012 Audi Quattro and $2,500.00 in United States currency, two outside parties have asserted interests in these items. Plaintiff and these parties have settled all disputes surrounding these items. Accordingly, they seek to dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). These claims, therefore, shall be **DISMISSED WITH PREJUDICE.** The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 13th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA